MARVIN ZINMAN, ESQ., BAR NO. 024949
HOME SAVINGS BUILDING
315 WEST NINTH STREET, SUITE 815
LOS ANGELES, CA  90015-1566
(213) 622-0701 - Telephone
(213) 622-0249 - Facsimile

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAY 25 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAL AIRCRAFT HOLDING, INC., a corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>SARGIS KHACHATRYAN, et. al.,<br><br>              Defendants. | CASE NO. CV 98-7184 WDK (RNBx)<br><br>NOTICE OF DISMISSAL (AS TO DEFENDANT SERGEY PETROSIAN, also known as Sergey Petrosyan (Rule 4 (a) (1) FRCv.P) |

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 27 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To the Clerk of the above court:

Plaintiff hereby dismisses the First Amended Complaint herein, without prejudice, as to the defendant Sergey Petrosian also known as Sergey Petrosyan only.

This notice of dismissal is given pursuant to Rule 41 (a) (1), FRCv.P.

DATED: May 15, 1999

MARVIN ZINMAN, ESQ.
Attorney for Plaintiff

DOCKETED
SEND COPY PTYS
SEND NOTICE
JS-6

1

ENTERED ON ICMS