UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 98-7184-WDK                                  Date: July 2, 1999

Title: IAL Aircraft Holding Inc. v. Sargis Khachatryan et al.

**DOCKET ENTRY**

**PRESENT:**

The Honorable William D. Keller, Judge

R.H. Mazzarella                                          None Present
**Courtroom Deputy Clerk**                               **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                    **ATTORNEYS PRESENT FOR DEFENDANTS:**
None Present                                             None Present

**PROCEEDINGS:**

Plaintiff's application for default judgment is denied without prejudice. The plaintiff has sought $ 1,758,940.22 plus costs of suit. However, the request is deficient. First, the plaintiff has failed to break down its assessment of damages. Second, even to the extent that the declaration attached to the application may be deemed sufficient to establish a factual basis for the judgment, because it is made by plaintiff's counsel, who presumably has no personal knowledge of the facts contained therein, it is legally deficient.

For example, the plaintiff seeks $ 517,172.670 for past due and unpaid basic rent, security deposit items and or spare aircraft parts and fuel on board the aircraft. The plaintiff makes no attempt to account for (1) which aircraft parts were missing or their cost; (2) what the security deposit items were and their cost and (3) how much fuel was missing and its cost. In addition, although the plaintiff seeks $ 1,203,750.00 in basic rent and monthly minimums, it is not clear why the plaintiff is entitled to this amount after it repossessed the airplane.

The plaintiff may renotice and refile its application for default judgment with such proof to allow this Court to enter judgment.

**IT IS SO ORDERED.**

ENTERED ON ICMS 7-6-99

MINUTES FORM 11
CIVIL--GEN                                    -1-                    Initials of Courtroom Deputy Clerk