ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES  -  JUDGMENT DEBTOR

CASE NO.  CV98-7184 WDK(RNBx)          DATE November 16, 1999

TITLE IAL AIRCRAFT HOLDING, INC.  v SARGIS KHACHATRYAN, et al.,

DOCKET ENTRY:




PRESENT:
  Honorable ROBERT N. BLOCK       United States Magistrate Judge

  Marsha F. Eugene                Tape Number 415
  Deputy Clerk

ATTORNEYS FOR PLAINTIFFS:        ATTORNEYS FOR DEFENDANTS:
  Marvin Zinman                     Herbert Abrams

PROCEEDINGS: Matter set for appearance of judgment debtor.


  _____  Case called, debtor not appearing, case referred
          to the U.S. Attorney for further action.

    X     Debtor appeared and sworn.

  _____  Matter is Ordered continued to
    at        for further proceedings.


                              Initials of Deputy Clerk _____


M-67 (1/79)    CIVIL MINUTES - JUDGMENT DEBTOR PROCEEDINGS