```
___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - JUDGMENT DEBTOR

CASE NO. __CV98-7184 WDK(RNBx)__     DATE __January 11, 2000__

TITLE __IAL AIRCRAFT HOLDING, INC. v SARGIS KHACHATRYAN, et al.,__

DOCKET ENTRY: Case called. Counsel for judgment creditor makes his appearance. No appearance made by judgment debtor. Counsel for judgment creditor will file order to show cause.

PRESENT:
   Honorable __ROBERT N. BLOCK__     United States Magistrate Judge

   __Marsha F. Eugene__              Tape Number __423__
   Deputy Clerk

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:
   Marvin Zinman                       n/a

PROCEEDINGS: Matter set for appearance of judgment debtor.

   _____   Case called, debtor not appearing, case referred
           to the U.S. Attorney for further action.

   _____   Debtor appeared and sworn.

   _____   Matter is Ordered continued to
   at      for further proceedings.

                                   Initials of Deputy Clerk _____

M-67 (1/79)     CIVIL MINUTES - JUDGMENT DEBTOR PROCEEDINGS