ORIGINAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES   -   JUDGMENT DEBTOR

CASE NO.  CV98-7184 WDK(RNBx)        DATE April 11, 2000

TITLE IAL AIRCRAFT HOLDING, INC.  v SARGIS KHACHATRYAN, ETC.,
      ET AL.,

DOCKET ENTRY:

_____

_____

PRESENT:
        Honorable ROBERT N. BLOCK      United States Magistrate Judge

        Marsha F. Eugene                Tape Number 439
        Deputy Clerk

ATTORNEYS FOR PLAINTIFFS:          ATTORNEYS FOR DEFENDANTS:
 Marvin Zinman                      Ani Ter Gevorkyan,
                                    Judgment Debtor

PROCEEDINGS: Matter set for appearance of judgment debtor.

        _____   Case called, debtor not appearing, case referred
                 to the U.S. Attorney for further action.

        __X__    Debtor appeared and sworn.

        _____   Matter is Ordered continued to
        at          for further proceedings.


                            Initials of Deputy Clerk ____MFE____

M-67 (1/79)    CIVIL MINUTES - JUDGMENT DEBTOR PROCEEDINGS